■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

Thomas Person, Appellant

The sole issue raised on appeal is the propriety of the justification charge. While acknowledging that the issue was not preserved for appellate review as a matter of law, the defendant asks that we review the matter in the interest of justice, and relies on *People v Wagman* (99 AD2d 519) and *People v Macon* (110 AD2d 718).

The issue has not been preserved for appellate review and, in any event, the justification defense includes a requirement that the defendant meet an objective standard based on how a reasonable person would have acted *(People v Goetz,* 68 NY2d 96). Thus, the court's charge on justification, viewed in its entirety, correctly apprised the jurors with regard to the applicable legal standard *(see, People v Goetz, supra).* Mollen, P. J., Weinstein, Lawrence and Kunzeman, JJ., concur.